RUTH STAROBIN, Respondent, *v.* MAX MISKOWITZ, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

*Samuel Zirn* for motion.

*Louis R. Teig* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files an undertaking on appeal, files the return and pays $10 costs within ten days, in which events motion denied.